

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

Writer's Direct Dial: (212) 416-6287

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

May 7, 2008

**Via ECF and Fax**
Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, NY 10601

> RE:     <u>Swies v. New York State Dep't of Transp.</u>
>         SDNY No. 08 Civ. 3567 (SCR) (MDF)

Your Honor:

The Office of the Attorney General represents defendant New York State Department of Transportation ("DOT") in the above-referenced action.  I write to request an extension for DOT's time to answer, move, or otherwise respond to plaintiff's complaint from May 15, 2008 to July 15, 2008.

I was only recently assigned to this matter last evening and additional time is needed to investigate the allegations in the complaint, gather pertinent documents, and draft an appropriate response.  In addition, I have been selected to serve as a juror for an estimated eight-to-ten-day trial in New York State Supreme Court, Kings County, commencing on May 13, 2008. Plaintiff's counsel does not consent to this request.  No prior extensions have been requested.

Thank you for your time and consideration of this request.

> Respectfully,
>         /s/
> Carolyn G. Goodwin
> Assistant Attorney General

cc:     Michael H. Sussman, Esq. (Via ECF and Fax)